IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Florence, Richard E

Printed: 01/06/09

Case Number: 08 B 22175
Judge: Hollis, Pamela S
Filed: 8/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,884.00 | 0.00 |
| 2. | Rogers & Hollands Jewelers | Secured | 573.00 | 0.00 |
| 3. | Wells Fargo Bank | Secured | 29,566.00 | 0.00 |
| 4. | VW Credit | Secured | 36,862.00 | 0.00 |
| 5. | Hinsdale Bank & Trust | Secured | 62,000.00 | 0.00 |
| 6. | Wells Fargo Bank | Unsecured | 1,626.32 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 3,842.51 | 0.00 |
| 8. | Rogers & Hollands Jewelers | Unsecured | 21.00 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 666.61 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 2,472.95 | 0.00 |
| 11. | VW Credit | Unsecured | 1,473.65 | 0.00 |
| 12. | American Express Centurion | Unsecured | 1,330.07 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 2,097.58 | 0.00 |
| 14. | Hinsdale Bank & Trust | Unsecured | 11,770.15 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,618.24 | 0.00 |
| 16. | Barney's New York | Unsecured | 437.27 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 948.45 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 4,227.99 | 0.00 |
| 19. | GE Money Bank | Unsecured | 4,579.24 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 851.82 | 0.00 |
| 21. | Barney's New York | Unsecured |  | No Claim Filed |
| 22. | Bloomingdales | Unsecured |  | No Claim Filed |
| 23. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
| 24. | HFC | Unsecured |  | No Claim Filed |
| 25. | HSBC | Unsecured |  | No Claim Filed |
| 26. | MCYDSNB | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Florence, Richard E

Printed: 01/06/09

Case Number:  08 B 22175
Judge:  Hollis, Pamela S
Filed:  8/22/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. HSBC | Unsecured | | No Claim Filed |
| 28. Chrysler Financial Services Americas LLC | Unsecured | | No Claim Filed |
| | | $ 169,848.85 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

